<hr/>

(C.D. 2820)

THOMAS B. LEMANN v. UNITED STATES

<hr/>

United States Customs Court, First Division

<hr/>

(Decided November 14, 1966)

Plaintiff not represented by counsel.
*Barefoot Sanders*, Assistant Attorney General, for the defendant.

Before OLIVER, NICHOLS, and WATSON, Judges

NICHOLS, Judge: When this case was called for trial, there was no appearance on the part of the plaintiff, and counsel for the Government

moved to dismiss the protest for lack of jurisdiction on the ground that the protest claimed that the appraised value was incorrect and, therefore, did not properly invoke the jurisdiction of the court.

Upon examination of the protest, the motion is granted and the protest is dismissed. Judgment will be rendered accordingly.